**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Michael Francis, *et al.,*

                Plaintiffs,

    -against-                           19 **CIVIL** 902 (AJN)

                                               **JUDGMENT**

AccuBanc Mortgage Corp., *et al.*,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2020, Plaintiff's motion for default judgment is denied; Defendants' motion to dismiss is granted in full; Plaintiffs' motion for judicial notice is denied; The Court dismisses Plaintiffs' complaint with prejudice; The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and in forma pauperis status is thus denied; accordingly, this case is closed.

**Dated:**  New York, New York

      April 30, 2020

                                                           **RUBY J. KRAJICK**
                                                           _____
                                                                 **Clerk of Court**
                                       **BY:**
                                                           _____
                                                                  **Deputy Clerk**